**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric John King,<br><br>        Petitioner,<br>   v.<br><br>Dora Schriro, et al.,<br><br>        Respondents. | No. CV 98-1277-PHX-RCB<br><br>**ORDER** |

Petitioner has addressed a document to the Court dated August 2, 2006, with the heading "Supplement, Attach on New Trial Motion."[1] Petitioner is represented by counsel, Daniel Maynard, and all matters submitted to the Court must be presented through counsel. See Rule 83.3(c)(2), Rules of Practice of the United States District Court for the District of Arizona. Accordingly, Petitioner's document is not properly before the Court, and it will not be considered.

Based on the foregoing,

**IT IS ORDERED** that the Clerk of Court forward a copy of this Order and a copy of Petitioner's document dated August 2, 2006, to Petitioner's counsel, Daniel Maynard.

---

[1] The Court denied Petitioner's motion for a new trial in an Order filed July 26, 2006. (Dkt. 82.) In the document addressed to the Court, Petitioner indicates his disagreement with the Court's findings and objects to counsel's characterization, in the motion for a new trial, of his relationship to one of the trial witnesses. The Court notes that its ruling on the claim of prosecutorial misconduct did not take into account counsel's statement that the witness Hill was Petitioner's ex-girlfriend.

1  **IT IS FURTHER ORDERED** that the Clerk of Court forward a copy of this Order
2  to Petitioner Eric King, ADOC # 46518, SMU II, PO Box 3400, Florence, AZ 85232, and
3  that Petitioner's document dated August 2, 2006, be placed on the left side of the Court's
4  case file, with no further action taken.

5  DATED this 23rd day of August, 2006.

_____
Robert C. Broomfield
Senior United States District Judge